■ In the Matter of the Claim of Howard Block, Respondent. Michael H. Sussman, Appellant; Commissioner of Labor, Respondent. [995 NYS2d 500]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed September 23, 2013, which ruled that claimant was entitled to receive unemployment insurance benefits.

Decision affirmed. No opinion.

Lahtinen, J.P., Stein, McCarthy, Rose and Egan Jr., JJ., concur. Ordered that the decision is affirmed, without costs.